IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| C.D., JR., *a minor, by his mother and next friend Amber Reel*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:22-cv-1325 (AJT/IDD) |
| STEVE T. DESCANO, *in his individual capacity*, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Pending before the Court is the Defendant's Objection to the Magistrate Judge's Ruling on the Motion for Protective Order, [Doc. No. 25], and the Motion for an Expedited Hearing, [Doc. No. 26]. Upon consideration of the Magistrate Judge's ruling, the memoranda in support thereof and the opposition thereto, and upon finding good cause to do so based on the applicable standard of review, it is hereby

ORDERED that the Magistrate Judge's Order [Doc. No. 23] be, and the same hereby is, REVERESED and VACATED, it is further

ORDERED that the Defendant's Motion for a Protective Order [Doc. No. 16] be, and the same hereby is, GRANTED, and it is further

ORDERED that all discovery in the above captioned case is STAYED, including the upcoming deposition of the Defendant, pending the Court's ruling on the outstanding Motion to Dismiss [Doc. No. 7], following which the Court will consider, upon

1

application and if warranted, an adjustment to the current discovery deadline in light of the stay; and it is further

ORDERED that the Defendant's Motion for an Expedited Hearing [Doc. No. 26] be, and the same hereby is, DISMISSED as moot.

Alexandria, Virginia
January 26, 2023

_____
Anthony J. Trenga
Senior U.S. District Judge